**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNITH BECK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-10 TIA |
| | ) | |
| BRIAN MOYINHAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion.  Plaintiffs originally submitted a joint motion to proceed in forma pauperis and joint financial affidavit.  The Court ordered plaintiffs to submit separate motions and financial affidavits, and the Court warned plaintiffs that if either of them failed to do so, one or both plaintiffs would be dismissed from this case.  Plaintiff Norma Beck has complied and has filed a motion to proceed in forma pauperis and a financial affidavit.  Plaintiff Kennith Beck has submitted neither a motion to proceed in forma pauperis nor a financial affidavit.  As a result, the Court will dismiss plaintiff Kennith Beck from this action.

Additionally, the Court has reviewed plaintiff Norma Beck's financial affidavit and finds that she is unable to pay the filing fee.  As a result, the motion will be granted, and the Court will order the Clerk to issue process on the complaint.

Finally, plaintiff Norma Beck has submitted a motion to set aside and amend cause.  To the extent that plaintiff seeks to amend the complaint, the motion will be denied because plaintiff has not submitted an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Kennith Beck is **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that plaintiff Norma Beck's motion to proceed in forma pauperis is **GRANTED**.  [Doc. 7]

**IT IS FURTHER ORDERED** that plaintiff Norma Beck's motion to set aside and amend cause is **DENIED**.  [Doc. 9]

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __4th__ day of April, 2012.